**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kelly Ann BENDER, Defendant–**
**Appellant.**

**No. 11–10418**
**Non-Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 12, 2011.

Tiffany Hope Eggers, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL,

Thomas F. Kirwin, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff–Appellee.

Jennifer Anne Hart, Federal Public Defender's Office, Pensacola, FL, Gwendolyn L. Spivey, Randolph P. Murrell, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Kelly Ann Bender, Marianna, FL, pro se.

Before TJOFLAT, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Kelly Bender in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Bender's conviction and resulting sentence are **AFFIRMED.**